269 A.2d 551.

SAMUEL CORRADO AND DOROTHY CORRADO *vs.* PROVIDENCE REDEVELOPMENT AGENCY *et al.*

OCTOBER 15, 1970.

PRESENT: Roberts, C. J., Paolino, Powers, Joslin and Kelleher, JJ.

PER CURIAM. This is an appeal from a Superior Court decree entered pursuant to the decision of a justice of that court denying the plaintiffs' motion for a preliminary injunction.

The decree being interlocutory and in nowise raising a question which has been finally adjudicated in the Superior Court, it is not reviewable here. *Coen* v. *Corr,* 90 R. I. 185, 156 A.2d 406.

The plaintiffs' appeal is denied and dismissed.